IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SRIKANTH NARAMALA, and PRAVALLIKA AMULDALA,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and LOREN K. MILLER, in their official capacity as Director of the Nebraska Service Center,<br><br>Defendants. | **4:21CV3289**<br><br>**MEMORANDUM AND ORDER** |
| TARUN KUMAR CHAWDHURY, and MOUSUMI CHAWDHURY,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and LOREN K. MILLER, their official capacity as Director of the Nebraska Service Center,<br><br>Defendants. | **4:21CV3294**<br><br>**MEMORANDUM AND ORDER** |

The Plaintiffs in both of the above-captioned cases have filed Motions for Temporary Restraining Order (Filing 4 in both cases). Because the Motions demand action prior to November 1, 2021, the court will order Defendants to respond in an expedited fashion. Accordingly,

IT IS ORDERED:

1. Counsel for the Defendants shall respond to Plaintiffs' Motions for Temporary Restraining Order (Filing 4 in 4:21CV3289; Filing 4 in 4:21CV3294) by 12:00 noon on Wednesday, October 27, 2021.

2. Because the docket sheet for Case No. 4:21CV3289 does not show that service of summons has occurred, the Clerk of Court shall send a copy of this order in Case No. 4:21CV3289 to Assistant United States Attorney Lynnett M. Wagner, 1620 Dodge Street, Suite 1400, Omaha, NE 68102-1506, and electronically at lynnett.m.wagner@usdoj.gov.

DATED this 21st day of October, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge